UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  6:25-CR-00034-01** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **JAYDEN HOPES (01)** | **MAGISTRATE JUDGE DAVID J. AYO** |

**O R D E R**

Now before this Court are three motions filed by newly retained counsel for Defendant, attorney Jim Holt. (Rec. Docs. 20. 23, 24). Considering these motions it is hereby

ORDERED that counsel's MOTION TO ENROLL (Rec. Doc. 20) is GRANTED, such that the Federal Public Defender, previously appointed to represent defendant Jayden Hopes (01) in this matter (Rec. Doc. 17) is DISCHARGED from further representation in this matter and attorney Jim Holt is ENROLLED to represent defendant Jayden Hopes as his retained counsel. It is further

ORDERED that the MOTION FOR GOVERNMENT AGENTS TO RETAIN ROUGH NOTES and MOTION FOR GOVERNMENT AGENTS TO PRODUCE ROUGH NOTES (Rec. Docs. 23, 24) are DENIED. The government has previously been advised of its discovery obligations on the record. (See, Rec. Doc. 16). This Court expects that if the government fails to meet its obligations to produce evidence under the Federal Rules of Criminal Procedure or *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, a proper motion to compel will be filed on Defendant's behalf, at which time it will be promptly considered.

SO ORDERED this 6th day of March, 2025 at Lafayette, Louisiana.

_____
DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE